IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 5:13CR10 DCB-FKB

BERTIL JAMES

**ORDER TO ALLOW GOVERNMENT
TO FILE MOTION UNDER SEAL**

The United States of America has applied to this Court for an Order To Allow Government To File Motion Under Seal. Upon consideration of the application and the need to protect and guard against public disclosure of sensitive information contained in the Motion,

IT IS HEREBY OREDERED that the Government may file its Motion under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

SO ORDERED AND ADJUDGED this 14th day of June, 2016.

                                                s/David Bramlette
                                          DAVID C. BRAMLETTE, III
                                        UNITED STATES DISTRICT JUDGE